1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN HEINZ individually and on behalf of all others similarly situated,<br><br>　　Plaintiff,<br><br> v.<br><br>AMAZON.COM, INC. and DOES 1 to 10, inclusive, and each of them,<br><br>　　　　　　　Defendants. | Case No. 2:23-cv-00282-WBS-AC<br><br>Assigned to the Hon. William B. Shubb<br><br>**CLASS ACTION**<br><br>**ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT'S RESPONSE TO AMENDED COMPLAINT; CONTINUATION OF SCHEDULING CONFERENCE**<br><br>Action Filed: January 11, 2023<br>Action Removed: February 15, 2023 |

Pursuant to the Parties stipulation the Court hereby Orders as follows:

WHEREAS, Amazon filed its Motion to Transfer to the Western District of Washington or, in the alternative, Dismiss (ECF No. 18) on April 7, 2023;

WHEREAS, Plaintiff intends to file an amended complaint on April 21, 2023;

WHEREAS, the Court set an Initial Scheduling Conference for June 5, 2023 (ECF No. 5);

WHEREAS, the Parties have met and conferred and agreed that, in the interest of judicial economy, Amazon will withdraw its pending motion to transfer or dismiss upon the filing of Plaintiff's amended complaint; and

WHEREAS, the Parties have further agreed upon a briefing schedule and hearing date for Amazon's response to the Amended Complaint, and a continued date for the Initial Scheduling Conference, subject to the Court's approval.

Now, therefore, the Court orders the following schedule:

- Deadline to file Amended Complaint: April 21, 2023
- Deadline for Amazon's response to the Amended Complaint: May 19, 2023
- Plaintiff's Opposition Due: June 9, 2023
- Amazon's Reply Due: June 23, 2023
- Hearing date on Amazon's responsive motion: July 10, 2023
- Scheduling Conference: August 14, 2023 at 1:30 p.m.

Dated: April 21, 2023

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE