Zachary M. Crosner (SBN 272295)
Chad A. Saunders (SBN 257810)
Craig Straub (SBN 249032)
**CROSNER LEGAL, P.C.**
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
zach@crosnerlegal.com
chad@crosnerlegal.com
craig@crosnerlegal.com

Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
Thomas E. Wheeler (SBN 308789)
Meghan E. George (SBN 274525)
**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Tel: (323) 306-4234
Fax: (866) 633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
twheeler@toddflaw.com
mgeorge@toddflaw.com

*Attorneys for Plaintiff, and all others similarly situated*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| BRIAN HEINZ individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. and DOES 1 to 10, inclusive, and each of them,<br><br>Defendants. | Case No. 2:23-cv-00282-WBS-AC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF CRAIG W. STRAUB IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT AMAZON.COM, INC'S MOTION TO TRANSFER**<br><br>Date: July 10, 2023<br>Time: 1:30 p.m.<br>Dept.: Courtroom 5<br><br>Assigned to the Hon. William B. Shubb<br><br>Action Filed: January 11, 2023<br>Action Removed: February 15, 2023<br><br>**JURY TRIAL DEMANDED** |

I, Craig W. Straub, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of California. I am an attorney at the law firm Crosner Legal, P.C., one of the counsel of record for Plaintiff in the above-entitled action.

2. I submit this declaration in support of Plaintiff's opposition to Amazon.com Inc.'s ("Amazon") motion to transfer venue or, alternatively, dismiss.

3. Amazon shows the Court cropped and altered outlined images of the "sign-in" and "Place your order" pages and does not display the page where a user first creates an account. *See* Mtn. 3-5. True and correct screen shots of the "create account"[1] and "sign-in"[2] pages found on Amazon's website are depicted in full below without the added outlines or cropping:

---

[1] https://www.amazon.com/ap/register?openid.pape.max_auth_age=0&openid.identity=http%3A%2F%2Fspecs.openid.net%2Fauth%2F2.0%2Fidentifier_select&pageId=usflex&ignoreAuthState=1&openid.assoc_handle=usflex&openid.mode=checkid_setup&openid.ns.pape=http%3A%2F%2Fspecs.openid.net%2Fextensions%2Fpape%2F1.0&prepopulatedLoginId=&failedSignInCount=0&openid.claimed_id=http%3A%2F%2Fspecs.openid.net%2Fauth%2F2.0%2Fidentifier_select&disableLoginPrepopulate=1&switch_account=signin&openid.ns=http%3A%2F%2Fspecs.openid.net%2Fauth%2F2.0 (last visited on June 2, 2023).

[2] https://amc.amazon.com/ap/signin?clientContext=131-0038152-8420244&openid.return_to=https%3A%2F%2Famc.amazon.com%2F&openid.identity=http%3A%2F%2Fspecs.openid.net%2Fauth%2F2.0%2Fidentifier_select&openid.assoc_handle=amzn_amcentral_us&openid.mode=checkid_setup&openid.claimed_id=http%3A%2F%2Fspecs.openid.net%2Fauth%2F2.0%2Fidentifier_select&openid.ns=http%3A%2F%2Fspecs.openid.net%2Fauth%2F2.0&mons_redirect=sign_in (last visited on June 2, 2023).

---

DECLARATION OF CRAIG W. STRAUB IN SUPPORT OF PLAINTIFF'S OPPOSITION TO TRANSFER
Case No. 2:23-cv-00282-WBS-AC
1

4. When a user is signed into their account, an item is added to their cart, and the user clicks "Proceed to checkout," they are brough to the "Place your order." A true and correct screen shot of the "Place your order"[3] webpage with black redactions of my personal address and last four numbers of my credit card is depicted below:

---

[3] https://www.amazon.com/gp/buy/spc/handlers/display.html?hasWorkingJavascript=1 (last visited on June 2, 2023).

[Screenshot of Amazon Checkout page showing Shipping address, Payment method (Visa), Review items and shipping for "Amazon Essentials Women's Casual Low-Cut Socks, 6 Pairs, Black, 6-9" at $12.60, with delivery options for June 3, 2023 or June 5, and Order total: $13.58.]

5.      As shown above, the "Place your order" page contains numerous different font sizes, colors (e.g., orange, yellow, green, bolded black, light black, red, turquoise, and blue), bolding and contains numerous images, buttons, and extraneous information such as customers' personal address, credit card information, shipping options, and purchase summary. The page contains 21 different hyperlinks. Id., ¶ __. None of the hyperlinks are underlined, in all caps, or are bolded or in larger font. The "Create account page" contains seven hyperlinks, and the "Sign in" page contains six hyperlinks.

6.      I performed a "Find" search for the terms "recording" and "records" in the Privacy Notices which were submitted by Amazon (ECF Nos. 24-1). The only relevant sentences related

to Amazon's recording of conversations were: "voice recordings when you speak to Alexa" (ECF No. 24-1 at pages 33 and 43 of 49), and "voice recordings associated with your account" (ECF No. 24-1 at pages 35 and 45 of 49). The Privacy Notice also contains 74 hyperlinks. *See id.* at Exhibit C. Several of the hyperlinks do not function. For example, Exhibit C attached to the declaration of Matondo has a hyperlink (ECF No. 24-1 at page 27 of 49) that takes the user to a page that depicts the following error message:

> **Amazon Enterprise Access**
>
> You did not present a posture cookie. Please install or repair your AEA Plugin.
>
> **If you work for Amazon,** you must use Amazon Enterprise Access (AEA) to reach this site. For help with troubleshooting, Click here or start a chat with IT Support
>
> For CSOS users, Click here
>
> **If you don't work for Amazon,** you've been mistakenly directed to an internal-only Amazon system. Please contact the source of this link and request a corrected link.

I was brought to the above image when I clicked on the links in the sentences "Click here to see examples of what we collect" (ECF No. 24-1 at pages 27, 28, 37, 38 of 49). I was also brought to the above image when I clicked on the sentence "What Personal Information About Customers Does Amazon Collect?" (ECF No. 24-1 at pages 27 and 37 of 49). The Privacy Notice contains 9 pages, 3,479 words, 161 paragraphs, and 393 lines. Using directions from Adobe, Exhibit C to the declaration of Matondo (ECF No. 24-1) was converted to word, and a "Word Count" function was performed:

```
Word Count                    ?    X
Statistics:
Pages                         9
Words                         3,479
Characters (no spaces)        19,711
Characters (with spaces)      23,141
Paragraphs                    161
Lines                         393
```

I agree under the penalty of perjury that the above statements are true and correct under the laws of the United States.

Dated: June 9, 2023                        CROSNER LEGAL, P.C.

                                    By: /s/   Craig W. Straub
                                           CRAIG W. STRAUB

**CERTIFICATE OF SERVICE**

I hereby certify that on June 9, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 9, 2023.

                                      *s/ Craig W. Straub*
                                      CRAIG W. STRAUB

CROSNER LEGAL, P.C.
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
craig@crosnerlegal.com

---

DECLARATION OF CRAIG W. STRAUB IN SUPPORT OF PLAINTIFF'S OPPOSITION TO TRANSFER
Case No. 2:23-cv-00282-WBS-AC
5