Zachary M. Crosner (SBN 272295)
Chad A. Saunders (SBN 257810)
Craig Straub (SBN 249032)
CROSNER LEGAL, P.C.
9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
zach@crosnerlegal.com
chad@crosnerlegal.com
craig@crosnerlegal.com

*Attorneys for Plaintiff, and all others similarly situated*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| BRIAN HEINZ individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>AMAZON.COM, INC. and DOES 1 to 10, inclusive, and each of them,<br><br>    Defendants. | Case No. 2:23-cv-00282-WBS-AC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF BRIAN HEINZ IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT AMAZON.COM, INC'S MOTION TO TRANSFER**<br><br>Assigned to the Hon. William B. Shubb<br><br>Action Filed: January 11, 2023<br>Action Removed: February 15, 2023 |

**DECLARATION OF BRIAN HEINZ**

I, Brian Heinz, declare as follows:

1. I am over the age of eighteen years and am the plaintiff in this action. If called upon as a witness, I could and would competently testify to the facts set forth below, as I know each to be true based on my own personal knowledge.

2. I am a resident of California and have been at all times relevant to this lawsuit.

3. On or around July 2022 through September 2022, using my cellular phone, I visited Amazon's website and had conversations with Amazon via the chat feature on the Amazon website. The conversations included inquiries about shipping disputes related to products purchased on the Amazon website. At no time during these conversations was I informed that these conversations were being recorded.

4. I have reviewed that Declaration of Eugide Matondo and disagree with his descriptions of the events.

5. When I initially signed up for an Amazon account and at all times after that, I was never aware of Amazon's contracts. When signing up and when placing orders, I never saw hyperlinks to the contracts. I never clicked on those links and never read or knew about the contracts.

6. Mr. Matondo states that I became an Amazon customer on April 12, 2015, and accepted Amazon's contracts on that date. These contracts can only be viewed if I clicked on hyperlinks which I never noticed. He states that I have "affirmatively agree[d]" to what he calls "conditions of use" and a "privacy notice." Mr. Matondo states when signing up, signing in, or purchasing a product, I agreed to these "conditions of use" because there is a sentence in light grey font which says, "By continuing, you agree to Amazon's Conditions of Use and Privacy Policy."

7. Looking at the statement itself now, I can barely make out the small print with a hyperlink to the conditions of use and privacy policy in it. My attention is drawn to the large yellow button which states "Continue" and fills up the majority of the page. The print under the continue button is much smaller than the other words on the page and is in a grey font which makes

1  it difficult to read. While the words "Conditions of Use" are in a light blue color, they do not stand
2  out from the other light blue fonts on the screen.

3     8.   When agreeing to a contract on a website, I usually expect that I have to click an "I
4  agree" button. I also expect that if there is a hyperlink to a contract, that that the hyperlink is usually
5  underlined and in all caps and is in larger font. When simply signing into Amazon, I would not
6  expect that I was agreeing to a contract every time.

7     9.   The contract is also called "conditions of use" which is confusing. I would expect
8  that contract would use statements like "terms of the agreement" or "terms of the contract" and
9  not "conditions of use."

10    10.  I was never provided a copy of the contracts and never read the "conditions of use"
11 or "privacy policy."

12    11.  It would be highly inconvenient and costly for me to travel to the state of
13 Washington for trial or any other purpose relating to this lawsuit which is why I chose to file the
14 lawsuit in the County of Yolo where I reside. It seems unfair that Amazon can make me litigate
15 this case in Washington state when I never knew about these terms. I never had to sign an
16 agreement saying that I agree that all lawsuits related to Amazon had to be filed in the state of
17 Washington. I never agreed that all lawsuits related to Amazon would have to be filed in the state
18 of Washington.

19    I agree under the penalty of perjury that the above statements are true and correct under the
20 laws of the United States.

21 Date: 06 / 01 / 2023                By: _____
22                                         Brain Heinz

---

Declaration of Brian Heinz in Support of Plaintiff's Opposition to Transfer
Case No. 2:23-cv-00282-WBS-AC

2

Doc ID: cb6397311dcb56c34f56d0f6b515dffe6200f690