The Honorable Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN HEINZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC. and DOES 1 through 10, inclusive, and each of them,<br><br>Defendants. | No. 2:23-CV-01073-JNW<br><br>**STIPULATION AND ORDER REGARDING DEFENDANT AMAZON.COM, INC.'S RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Action Filed:      January 11, 2023<br>Action Removed:  February 5, 2023<br>Action Transferred: July 11, 2023 |

## STIPULATION REGARDING DEFENDANT AMAZON.COM, INC.'S RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT

Pursuant to the Office of the Clerk's July 18, 2023 letter regarding transfer (ECF No. 32), Plaintiff Brian Heinz ("Plaintiff") and Defendant Amazon.com, Inc. ("Defendant"), by and through their undersigned counsel, respectfully request as follows:

1. On January 11, 2023, Plaintiff commenced an action in the Superior Court of the State of California in and for the County of Yolo, captioned *Heinz v. Amazon.com, Inc.*, Case No. CV2023-0085 (the "State Court Action"). (ECF No. 1, Ex. A.)

2. On February 15, 2023, Defendant removed the action to the District Court for the Eastern District of California. (ECF No. 1.)

3. On April 21, 2023, Plaintiff filed a First Amended Complaint ("FAC"). (ECF No. 21.)

4. On May 19, 2023, Defendant filed a Motion to Transfer or, in the Alternative, Dismiss Plaintiff's FAC. (ECF No. 24.)

5. On July 11, 2023, the District Court for the Eastern District of California granted Defendant's Motion to Transfer. (ECF No. 30.) Because the Court would transfer the case, it "decline[d] to address the defendant's motion to dismiss," leaving resolution of Defendant's pleading motion to the transferee court. (*Id.* at 13.) On July 11, 2023, this case was transferred to this Court.

6. On July 18, 2023, the Office of the Clerk issued a letter informing the parties that "[i]f a motion is pending and undecided at the time of transfer, the moving party must refile the motion in this Court and note it for consideration on the Court's calendar in accordance with LCR 7(d)." (ECF No. 32.)

7. Pursuant to the Court's July 18 Order, Defendant plans to refile its pending Motion to Dismiss Plaintiff's FAC and to update it to address the arguments to this Court.

8. On July 25, 2023, counsel for the Parties conferred and agreed to the following proposed stipulated briefing schedule for Defendant's renewed Motion to Dismiss Plaintiff's FAC:

    a. September 1, 2023 – Defendant's renewed Motion to Dismiss Plaintiff's FAC due;

    b. September 20, 2023 – Plaintiff's Opposition due;

    c. September 29, 2023 – Defendant's Reply due;

    d. October 6, 2023 – Noticed date for hearing on Defendant's renewed Motion to Dismiss Plaintiff's FAC.

9. Also on July 18, 2023, the Court issued an Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement (the "July 18 Order"). (ECF No. 33.) The July 18 Order set the following deadlines:

    a. August 8, 2023 – Deadline for Fed. R. Civ. P. 26(f) Conference;

    b. August 22, 2023 – Initial Disclosures under Fed. R. Civ. P. 26(a)(1);

    c. August 29, 2023 – Combined Joint Status Report and Discovery Plan as Required by Fed. R. Civ. P. 26(f) and Local Civil Rule 26(f).

10. In the Parties' July 25 conferral, they further agreed that, in the interest of preserving the parties' and Court's resources, the deadlines for conferral, disclosures, and filing pursuant to Fed. R. Civ. Proc. 26(a)(1), (f) and Local Rule 26(f) (as set in the Court's July 18 Order, ECF No. 33) should be continued until a date after the Court resolves Defendant's Motion to Dismiss, which may narrow the scope of the action or resolve the action in its entirety. The Parties therefore respectfully request that the deadlines set in the Court's July 18 Order (ECF No.

33) be continued until a date after the resolution of Defendant's Renewed Motion to Dismiss Plaintiff's FAC, if necessary.

11. This stipulation is signed by all parties who have appeared in the action and are affected by the stipulation.

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that Defendant shall have up to and including **September 1, 2023** to renew its pending Motion to Dismiss Plaintiff's First Amended Complaint, Plaintiff shall have up to and including **September 20, 2023** to oppose the renewed Motion to Dismiss Plaintiff's First Amended Complaint, Defendant shall have up to and including **September 29, 2023** to file a reply in support of its renewed Motion to Dismiss Plaintiff's First Amended Complaint, and the hearing on Defendant's renewed Motion to Dismiss Plaintiff's First Amended Complaint will be noticed for **October 6, 2023**.

The Parties further respectfully request that the Court vacate the Fed. R. Civ. P. 26(a)(1), (f) and Local Rule 25(f) deadlines set in the July 18 Order, with those dates to be reset upon resolution of Defendant's pending Motion to Dismiss Plaintiff's First Amended Complaint.

**SO STIPULATED AND JOINTLY SUBMITTED:**

DATED this 28th day of August, 2023.

        Davis Wright Tremaine LLP
        Attorneys for Defendant

        By  /s/ *James H. Moon*
               James H. Moon

        JOHN A. GOLDMARK (WSBA No. 40980)
          johngoldmark@dwt.com
        JAMES H. MOON (*pro hac vice* forthcoming)
          jamesmoon@dwt.com
        HEATHER F. CANNER (*pro hac vice* forthcoming)
          heathercanner@dwt.com
        SANCHO ACCORSI (*pro hac vice* forthcoming)
          sanchoaccorsi@dwt.com
        920 Fifth Avenue, Suite 3300
        Seattle, Washington  98104-1610

DATED this 28th day of August, 2023.

        Crosner Legal P.C.
        Attorneys for Plaintiff

        By  /s/ *Craig Straub*
               Craig Straub

        ZACHARY M. CROSNER (*pro hac vice* forthcoming)
          zach@crosnerlegal.com
        CHAD A. SAUNDERS (*pro hac vice* forthcoming)
          chad@crosnerlegal.com
        CRAIG STRAUB (*pro hac vice* forthcoming)
          craig@crosnerlegal.com
        9440 Santa Monica Boulevard, Suite 301
        Beverly Hills, California  90210

STIPULATION AND ORDER REGARDING
RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT
(2:23-cv-01073-JNW) - 5

**ORDER**

Defendant shall have up to and including **September 1, 2023,** to renew its pending Motion to Dismiss Plaintiff's First Amended Complaint, Plaintiff shall have up to and including **September 20, 2023,** to oppose the renewed Motion to Dismiss Plaintiff's First Amended Complaint, Defendant shall have up to and including **September 29, 2023,** to file a reply in support of its renewed Motion to Dismiss Plaintiff's First Amended Complaint. The renewed Motion to Dismiss Plaintiff's First Amended Complaint will be noted for **September 29, 2023**. The Court will schedule a hearing with the parties if needed.

The Court **VACATES** the July 18, 2023, Order. Dkt. No. 33. The Court will reset deadlines pursuant to Fed. R. Civ. P. 26(a)(1) and (f) and Local Rule 26(f) upon resolution of the pending Motion to Dismiss Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

Dated this 2nd day of August, 2023

_____
Jamal N. Whitehead
United States District Judge

STIPULATION AND ORDER REGARDING
RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT
(2:23-cv-01073-JNW) - 6