1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BRIAN HEINZ,

    Plaintiff,

    v.

AMAZON.COM, INC. and DOES 1 through
10, inclusive, and each of them,
    Defendants.

CASE NO. 2:23-cv-1073

ORDER CONTINUING SCHEDULE FOR
DEFENDANT AMAZON.COM, INC.'S
RENEWED MOTION TO DISMISS FIRST
AMENDED COMPLAINT

Defendant shall have up to and including **September 15, 2023,** to renew its pending Motion to Dismiss Plaintiff's First Amended Complaint, Plaintiff shall have up to and including **October 4, 2023,** to oppose the renewed Motion to Dismiss Plaintiff's First Amended Complaint, Defendant shall have up to and including **October 13, 2023,** to file a reply in support of its renewed Motion to Dismiss Plaintiff's First Amended Complaint. The renewed Motion to Dismiss Plaintiff's First Amended Complaint will be noted for **October 13, 2023.**

The Court will reset deadlines pursuant to Fed. R. Civ. P. 26(a)(1) and (f) and Local Rule 26(f) upon resolution of the pending Motion to Dismiss Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

ORDER CONTINUING SCHEDULE FOR DEFENDANT AMAZON.COM, INC.'S
RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT- 1

1  Dated this 1st day of September, 2023.

2

3                 Jamal N. Whitehead

4                 United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

ORDER CONTINUING SCHEDULE FOR DEFENDANT AMAZON.COM, INC.'S
RENEWED MOTION TO DISMISS FIRST AMENDED COMPLAINT- 2