UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BRIAN HEINZ, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br>     v.<br><br>AMAZON.COM INC., and DOES 1 through 10, inclusive, and each of them,<br>                Defendant | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 2:23-cv-1073 |

☐    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

      The Court GRANTS Amazon.com's motion and DISMISSES Heinz's complaint without prejudice.

      Dated May 8, 2024.

                                            <u>Ravi Subramanian</u>
                                            Clerk of Court

                                            <u>*/s/Kathleen Albert*</u>
                                            Deputy Clerk